■ In the Matter of LESTER D. JANOFF (Admitted as LESTER DAVID JANOFF), a Suspended Attorney. [767 NYS2d 567] —Petitioner reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Sullivan, J.P., Rosenberger, Ellerin, Lerner and Gonzalez, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RAYMOND REGINALD FERRELL, Admitted on August 16, 1993, at a Term of the Appellate Division, First Department. [767 NYS2d 568] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 240 AD2d 106.]

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. JOHN VINCENT O'CONNOR, Admitted on June 15, 1987, at a Term of the Appellate Division, First Department. [767 NYS2d 568] —Respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [See 247 AD2d 158.]